# taylor | english

Taylor English Duma LLP 1600 Parkwood Circle, Suite 400 Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  taylorenglish.com

**Joseph M. English**
Direct: 678.336.7137
Email: jenglish@taylorenglish.com

September 21, 2018

*APPLICATION GRANTED*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
9-21-18

**VIA CM/ECF SYSTEM**

The Honorable Henry B. Pitman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re: Boves v. Aaron's, Inc. and David Epright, 1:18-cv-00005-HBP*

Dear Judge Pitman:

I am lead counsel for the Defendants in the above lawsuit. On August 24, 2018, I filed a leave of absence with this Court stating that I will be on vacation with my family from September 24 through 28, 2018 and respectfully notifying you of my unavailability during that time. (Dkt. 68). Subsequently, Plaintiff's counsel requested an extension of Plaintiff's deadline to respond to Defendants' Renewed Motion to Dismiss and Compel Arbitration through and including Wednesday, September 19, 2018 (Dkt. 71), which was granted by this Court. (Dkt. 72). Plaintiff filed his Response on September 19, 2018 (Dkt. 73), which makes Defendants' Reply now due on Monday, October 1, 2018. However, I will be on vacation the entire week before and our client will be out the entire following week. Defendants therefore respectfully request an extension through and including Friday, October 12, 2018 for their Reply Brief.

Your consideration of this extension is greatly appreciated.

Respectfully,

Joseph M. English
Counsel for Defendants

cc:   Gregory Antollino, Counsel for Plaintiff (via ECF)

01292254-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/18